## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTHONY B. WILLIAMSON**
**ADC #109343**                                                           **PLAINTIFF**

v.                                   No. 4:23-cv-545-DPM

**STEPHANIE BUDNIK, VSM Treatment**
**Specialist, ADC; JAMES GIBSON,**
**Warden, ADC; and DEXTER PAYNE,**
**Director, ADC**                                                        **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Moore's recommendation, *Doc. 8*, and overrules Williamson's objections, *Doc. 9*. Fed. R. Civ. P. 72(b)(3). Williamson's complaint will be dismissed without prejudice for failure to state a claim. This Court recommends that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2024