IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY B. WILLIAMSON
ADC #109343                                                                   PLAINTIFF

v.                          No. 4:23-cv-545-DPM

STEPHANIE BUDNIK, VSM Treatment
Specialist, ADC; JAMES GIBSON,
Warden, ADC; and DEXTER PAYNE,
Director, ADC                                                                 DEFENDANTS

## JUDGMENT

Williamson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2024